

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00081-CV

Ridgefield Permian Minerals, LLC and Jim Hall, Appellants

v.

DOH Oil Company, Appellee

On Appeal from the 143rd District Court
Loving County, Texas
Trial Court No. 20-08-1000

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.